**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In Re:

ROYAL C. DUNN, JR. and                                   Chapter 13
AMANDA DUNN,                                             Case No. 09-30647-DOT

                Debtors.

WACHOVIA DEALER SERVICES, INC.,

                Plaintiff,

v.                                                        CMN_____

ROYAL C. DUNN, JR. and
AMANDA DUNN,

                Debtors,

and

ROBERT E. HYMAN, Trustee,

                Defendants.

**ORDER**

THIS MATTER came on upon the Motion for Relief from Stay of Wachovia Dealer

Services, Inc., a creditor of Royal C. Dunn, Jr. and Amanda Dunn, Debtors, seeking the entry of an

Order modifying the automatic stay arising under 11 USC § 362(a), so it may enforce its lien on

the property as follows: 2003 Dodge Ram Truck vehicle, Vehicle Identification Number

1D7HA18N33J519957, and upon the agreement of the parties to the terms set forth herein, as

Peter S. Lake, Esquire
(VSB #30495)

McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA  23462
(757) 461-2500

evidenced by the endorsement of this Order by counsel, and the Court being otherwise fully

advised in the premises;

It is hereby ORDERED:

1.      The motion is granted.   The automatic stay imposed by 11 USC §362(a) is

modified to allow the Movant to proceed under state law to enforce its *in rem* rights under a certain

Retail Installment Sale Contract dated January 27, 2007, to enforce its lien on a 2003 Dodge Ram

Truck vehicle, Vehicle Identification Number 1D7HA18N33J519957 (the "Property").

2.      The Clerk will mail a copy of this order, or give electronic notice of its entry, to the

parties listed below.


ENTER:_____

 

 

_____
                            JUDGE


WE ASK FOR THIS:


/s/ Peter S. Lake_____
Peter S. Lake, Esquire
Counsel for Wachovia Dealer Services, Inc.


SEEN AND AGREED:


/s/ Robert E. Hyman_____
Robert E. Hyman, Trustee

**CERTIFICATE OF ENDORSEMENT**

Pursuant to Local Rule 9022-1(c)(1), the undersigned hereby certifies that this Order has
been endorsed by all the necessary parties.


                                      /s/ Peter S. Lake_____

Peter S. Lake, Esquire

Peter S. Lake, Esquire
(VSB #30495)

McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA   23462
(757) 461-2500

**PARTIES TO RECEIVE COPIES**:

Richard James Oulton, Esquire
P. O. Box 5158
Glen Allen, VA  23058


Robert E. Hyman, Trustee
P. O. Box 1780
Richmond, VA   23218


Royal C. Dunn, Jr. and
Amanda Dunn
4205 Wildwood Drive
Disputanta, VA   23842


Peter S. Lake, Esquire
192 Ballard Court, Suite 400
Virginia Beach, VA  23462